UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERNAN OROZCO, | CASE NO. 1:11-cv-01581-GBC (PC) |
| Plaintiff, | ORDER DENYING REQUEST FOR CORRECTION |
| v. | (ECF No. 6) |
| PAMELA AHLIN, et al., | |
| Defendants. | |

**ORDER**

Plaintiff Hernan Orozco ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff Request for Correction of First Informational Order. (ECF No. 6.) Plaintiff states that the First Informational Order refers to prisoners and law applicable to prisoners. Plaintiff further states that he is a civil detainee. Plaintiff then requests that the Court correct the Order and its files. (Id.)

The Court is aware that Plaintiff is a civil detainee and not a prisoner. The Court is also aware that 28 U.S.C. § 1915A does not apply. However, because Plaintiff is

1 proceeding in forma pauperis in this action, 28 U.S.C. § 1915 does apply.  Thus, a
2 correction is not necessary and Plaintiff's Request is DENIED.
3 IT IS SO ORDERED.

Dated:     October 3, 2011                                   /s/
                                           UNITED STATES MAGISTRATE JUDGE